UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MUHAMMAD AKBAR,**          Civil No. 10-3025 DSD/SRN

    **Plaintiff,**

v.                                                    **ORDER**

**VETERANS ADMINISTRATION
ERIC SHIRINSKI and
CAROLL FILLMAN,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 1, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 23, 2010.

                                                 s/David S. Doty
                                                 David S. Doty, Judge
                                                 United States District Court